IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:20cr94-SMD |
| | ) | [18 U.S.C. § 1163] |
| DEZARAE LASHAY WIGGINS | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1
(Theft from Indian Tribal Organization – Not Exceeding $1,000)

On or about February 5, 2020, in Montgomery County, within the Middle District of Alabama, the defendant,

DEZARAE LASHAY WIGGINS,

did embezzle, steal, knowingly convert to her own use, or the use of another, willfully misapply, or willfully permit be misapplied, any money, funds, credits, goods, assets, or other property, to wit, jewelry having a value not exceeding $1,000, and belonging to an Indian tribal organization, to wit, The Poarch Band of Creek Indians in violation of Title 18, United States Code, Section 1163.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Ben M. Baxley
Assistant United States Attorney

| | |
|---|---|
| STATE OF ALABAMA | ) AFFIDAVIT |
| | ) |
| MONTGOMERY COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

I am a Poarch Creek Tribal Police Officer at Wind Creek Montgomery Casino Montgomery Alabama. On 02/05/2020 the complainant called surveillance to confirm her suspicions of a guest stealing items from the store. After they reviewed the surveillance footage, they called the complainant and advised that the female had taken several items and put in her purse. This Officer, (C. Brasington) was dispatched to The Wind Creek Montgomery Essentials Gift Shop in reference to a shoplifter. When I arrived, I observed the complainant talking to a white female. I was advised by the complainant that was the suspect, (later identified as Dezarae Lashay Wiggins). The complainant advised that Wiggins had put some items in her purse. Wiggins was asked if she would open her purse, which she refused. She was detained and escorted to the Tribal Police Office for further investigation. Once inside she was asked again to open her purse, at which time she did. I observed several items of jewelry inside her purse, with the price tags still attached. I was able to identify these items as belonging to the Essentials Gift Shop.

Wiggins was read her Miranda Rights which she waived. She then made the statement, "I shouldn't' have taken them". She was informed she was not under arrest but being detained for further investigation. Investigator Echols was advised of the situation which she responded to the Tribal Police Office. Investigator Echols conducted a pat down search of Wiggins. Wiggins was then handcuffed. All stolen items were recovered, documented and taken into evidence. Wiggins was given a 7 day Ban Letter from Wind Creek Casino Montgomery Security Officer Martin. She was advised that she will receive another Ban Letter in the mail for 1 year from all Poarch Creek Indian properties. After review of the surveillance video. The handcuffs were taken off Wiggins and she was told she would receive notification by mail from the United States Federal Court for a court date. Wiggins was escorted out of the casino and instructed to leave the property.

_Clarence Brasington_
Clarence Brasington, Poarch Creek Tribal Police

_[signature]_
NOTARY PUBLIC

My commission expires:

JENNEE ELIZABETH CLAYTON
Notary Public
Alabama State at Large

My Commission Expires
November 14, 2021